**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, and BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, | No. CV 24-7085 PA (RAOx) <br><br> JUDGMENT |
| Plaintiffs, | |
| v. | |
| FE DEMOLITION WEST, LLC., a limited liability company. | |
| Defendant. | |

//

In accordance with the Court's Order granting the Motion for Default Judgment filed by plaintiffs Board of Trustees of the California Ironworkers Field Pension Trust, Board of Trustees of the California Ironworkers Field Welfare Trust, Board of Trustees of the California Field Ironworkers Vacation Trust Fund, Board of Trustees of the California Field Ironworks Apprenticeship Training and Journeyman Retraining Fund, Board of Trustees of the California Ironworkers Field Defined Contribution Pension Trust Fund, Board of Trustees of the California Field Ironworkers Administrative Trust, Board of Trustees of the California Field Ironworkers Labor Management Cooperative Trust Fund, and Board of Trustees of the Ironworkers Workers' Compensation Trust (collectively "Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs shall have judgment entered in their favor against FE Demolition West, LLC( "Defendant"), in the total amount of $107,576.41 (consisting of unpaid contributions of $72,698.43, liquidated damages of $14,863.91, prejudgment interest of $13,766.20, attorneys' fees of $5,626.57, and costs of $621.30); and

2. Plaintiffs shall recover from Defendant post judgment interest on the amount of the Judgment from the date of entry of Judgment until the date the Judgment is paid in full at the statutory rate pursuant to 28 U.S.C. § 1961(a).

DATED: November 26, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE